IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO.  3:08cr29DPJ-LRA

CRYSTAL CHAMBERS


ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Information against the defendant, CRYSTAL CHAMBERS, without prejudice.


DUNN LAMPTON
United States Attorney


Date:  March 24, 2008                    s/Charles B. Irvin
                              By:    Charles B.Irvin
                                     Assistant United States Attorney
                                     Mississippi Bar No. 99607


Leave of Court is granted for the filing of the foregoing dismissal.

**SO ORDERED AND ADJUDGED** this the 24th day of March, 2008.
                              s/ *Daniel P. Jordan III*
                              UNITED STATES DISTRICT JUDGE